IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERT KEITH HOWARD, | No. CIV S-10-3253-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JAMES YATES, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges a conviction issued by the Fresno County Superior Court. Fresno County is part of the Fresno division of this court. See Local Rule 120(b). Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

DATED: December 13, 2010

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1